**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MICHAEL S. BURKE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| vs. | )     Case No. CIV-18-984-D |
| | ) |
| **CITY OF OKLAHOMA CITY,** | ) |
| a municipal corporation, | ) |
| **JOHN DOES 1-3,** | ) |
| | ) |
|     **Defendants.** | ) |

## PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, Michael S. Burke (hereinafter referred to "Plaintiff"), and pursuant to Fed.R.Civ.P. 15, respectfully requests to file the *Second Amended Complaint*, attached as Exhibit "1", naming two additional defendants and adding a cause of action against the City.

WHEREFORE, Plaintiff respectfully requests, in the interest of judicial economy, that this Court grant Plaintiff's *Motion to file Second Amended Complaint*, and for such other and further relief as the Court deems fair and equitable.

Respectfully submitted,

*s/ Jerry L. Colclazier*
Jerry L. Colclazier, OBA #13814
Brett W. Butner, OBA #30612
COLCLAZIER & ASSOCIATES
404 North Main Street
Seminole, OK 74868
Telephone: (405) 382-1212
Facsimile: (405) 382-1214

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

      I certify that on the 1st day of May, 2019, I electronically transmitted the above and foregoing instrument to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

*Richard C. Smith*
*Sherri R. Katz*
Assistant Municipal Counselors
City of Oklahoma City
200 N. Walker, Suite 400
Oklahoma City, OK 73102

                *s/ Jerry L. Colclazier*
                Jerry L. Colclazier